**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 250 MAL 2014
: 
                Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v. : 
: 
: 
: 
SELWYN MILLS, : 
: 
                Petitioner : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.